| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Gibney, John A. | 2. Court or Organization District Court-Eastern District of Virginia | 3. Date of Report 07/23/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active District Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ✔ Annual  ☐ Final  5b. ✔ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

United States Courthouse
701 East Broad Street
Suite 6014
Richmond, Virginia 23219

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | Lawyers Helping Lawyers |
| 2. | Trustee | Trust 1 |
| 3. | Trustee | Trust 2 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>*(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Hanover County Attorney's Office - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 07/23/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T | B | Dividend | K | T | | | | | |
| 2. Beam, Inc. | A | Dividend | K | T | | | | | |
| 3. Coca-Cola | A | Dividend | K | T | | | | | |
| 4. CSX | C | Dividend | M | T | | | | | |
| 5. DuPont | B | Dividend | K | T | | | | | |
| 6. Exelon Corp | C | Dividend | K | T | | | | | |
| 7. Exxon | D | Dividend | N | T | | | | | |
| 8. First Energy Corp | B | Dividend | K | T | | | | | |
| 9. Fortune Brands | A | Dividend | | | Sold | 01/24/12 | J | D | |
| 10. Henrico Cty Dev. Auth. for VA United Methodist Home Bonrds | B | Interest | K | T | Buy | 07/26/12 | K | | |
| 11. Intel | A | Dividend | K | T | | | | | |
| 12. Merck | B | Dividend | K | T | | | | | |
| 13. Nuveen Select Maturities Municipal Fund | A | Interest | K | T | | | | | |
| 14. Nuveen Select Tax Free Fund | A | Interest | | | Sold | 01/24/12 | K | | |
| 15. Pepco | A | Dividend | | | Sold | 01/24/12 | J | B | |
| 16. Plum Creek Timber | B | Dividend | K | T | | | | | |
| 17. PNC Financial Services Common Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PPL Corp | C | Dividend | L | T | | | | | |
| 19. Progress Energy | A | Dividend | | | Sold | 01/24/12 | J | C | |
| 20. Wellpoint, Inc. See Part VII Note 8 | A | Dividend | K | T | Donated (part) | | | | |
| 21. Virginia St. Public School Authority Bond | B | Interest | | | Redeemed | 08/01/12 | K | B | |
| 22. Southwest Va Regional Jail Authority Bond | B | Interest | K | T | | | | | |
| 23. American Funds, AMCAP CL A | A | Dividend | K | T | | | | | |
| 24. American Funds, American Balanced Fund Cl A | A | Dividend | J | T | | | | | |
| 25. American Funds, American Mutual Fund Cl A | A | Dividend | J | T | | | | | |
| 26. American Funds, Capital World Bond Fund | A | Dividend | J | T | | | | | |
| 27. American funds, Capital World Growth and Income Fund | A | Dividend | J | T | | | | | |
| 28. American Funds, Fundamental Investors Fund Cl A | A | Dividend | J | T | | | | | |
| 29. American Funds, New Perspective Fund Cl A | A | Dividend | L | T | | | | | |
| 30. American Funds, New World Fund CL A | A | Dividend | J | T | | | | | |
| 31. Nuveen Virginia Municipal Bond Fund Cl I | A | Interest | K | T | | | | | |
| 32. Nuveen Virginia Premium Bond Fund | A | Interest | | | Sold | 01/24/12 | K | | |
| 33. American Funds, Washington Mutual Investors Fund Cl A | A | Dividend | K | T | | | | | |
| 34. Wells Fargo Advantage Municipal Cl A | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Scott and Stringfellow Interest Account | A | Interest | K | T | | | | | |
| 36. Delaware Mutual Funds Tax Free USA Cl A(X) | A | Interest | | | Sold | 09/28/12 | J | | |
| 37. Vanguard Long-Term Tax-exempt | C | Interest | L | T | Sold (part) | 03/02/12 | J | | |
| 38. Vanguard Long-Term Tax-exempt | C | Int./Div. | L | T | Sold (part) | 03/30/12 | J | | |
| 39. Vanguard Long-Term Tax-exempt | C | Int./Div. | L | T | Sold (part) | 04/02/12 | K | | |
| 40. Vanguard Long-Term Tax-exempt | C | Int./Div. | L | T | Sold (part) | 05/01/12 | J | | |
| 41. Vanguard Long-Term Tax-exempt | C | Int./Div. | L | T | Sold (part) | 06/01/12 | J | | |
| 42. Vanguard Long-Term Tax-exempt | C | Int./Div. | L | T | Sold (part) | 06/29/12 | J | | |
| 43. Vanguard Long-Term Tax-exempt | C | Int./Div. | L | T | Sold (part) | 08/01/12 | J | | |
| 44. Vanguard Long-Term Tax-exempt | C | Int./Div. | L | T | Sold (part) | 08/31/12 | J | | |
| 45. Vanguard Long-Term Tax-exempt | C | Int./Div. | L | T | Sold (part) | 10/01/12 | J | | |
| 46. Vanguard Long-Term Tax-exempt | C | Int./Div. | L | T | Sold (part) | 10/22/12 | J | | |
| 47. Vanguard Long-Term Tax-exempt | C | Int./Div. | L | T | Sold (part) | 11/01/12 | J | | |
| 48. Vanguard Long-Term Tax-exempt | C | Int./Div. | L | T | Sold (part) | 11/05/12 | J | | |
| 49. Vanguard Long-Term Tax-exempt | C | Int./Div. | L | T | Sold (part) | 11/19/12 | J | | |
| 50. Vanguard Long-Term Tax-exempt | C | Int./Div. | L | T | Sold (part) | 11/30/12 | J | | |
| 51. Wells Fargo Bank Accounts | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Bank of America Bank Accounts | A | Interest | J | T | | | | | |
| 53. Northwestern Mutual Whole Life Insurance Policy | D | Dividend | N | T | | | | | |
| 54. Trust 1 | | | | | | | | | |
| 55. -Ford Motor Company New | A | Dividend | J | T | | | | | |
| 56. -American Funds, New Perspective Mutual Fund A | A | Dividend | K | T | | | | | |
| 57. -American Funds, Washington Mutual Fund | A | Dividend | K | T | | | | | |
| 58. -American Funds, AMCAP Fund A | A | Dividend | K | T | | | | | |
| 59. -Walt Disney Co. | A | Dividend | K | T | | | | | |
| 60. -Exxon | B | Dividend | K | T | | | | | |
| 61. -Scott and Stringfellow interest bearing account | A | Interest | J | T | | | | | |
| 62. Trust 2 | | | | | | | | | |
| 63. -Ford Motor Company New | A | Dividend | J | T | | | | | |
| 64. -American Funds, New Perspective Mutual Fund A | A | Dividend | K | T | | | | | |
| 65. -American Funds Washington Mutual Investors Fund | A | Dividend | K | T | | | | | |
| 66. -American Funds AMCAP Fund A | A | Dividend | K | T | | | | | |
| 67. -Walt Disney Co. | A | Dividend | K | T | | | | | |
| 68. -Exxon | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Scott and Stringfellow interest bearing account | A | Interest | J | T | | | | | |
| 70. IRA 1 | | | | | | | | | |
| 71. -American Electic Power Co. | A | Dividend | J | T | | | | | |
| 72. -John Hancock Income Securities Trust Fund | B | Dividend | K | T | | | | | |
| 73. -Monmouth Real Estate Investment Corp. | A | Dividend | K | T | | | | | |
| 74. -Pepco Holdings Inc | A | Dividend | J | T | | | | | |
| 75. -FT Unit 683 Corp Invt Grade Port Symbol | A | Interest | | | Redeemed | 09/12/12 | J | A | |
| 76. -American Funds, Amcap Cl A Fund | A | Dividend | J | T | | | | | |
| 77. -American Funds, American Balanced Cl A Fund | A | Dividend | J | T | | | | | |
| 78. -American Funds, Capital World Bond CL A Fund | A | Dividend | J | T | | | | | |
| 79. -American Funds, Capital World -Growth and income Cl A Fund | A | Dividend | J | T | | | | | |
| 80. -American Funds, Fundamental Investors Cl A Fund | A | Dividend | J | T | | | | | |
| 81. -American Funds, New Perspective Cl A Fund | A | Dividend | J | T | | | | | |
| 82. -American Funds, New World Cl A Fund | A | Dividend | J | T | | | | | |
| 83. -Scott and Stringfellow Interest Bearing Account(X) | A | Interest | J | T | | | | | |
| 84. IRA 2 | | | | | | | | | |
| 85. -American Funds, Amcap Cl A Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -American Funds, American Balanced Cl A Fund | A | Dividend | K | T | | | | | |
| 87. -American Funds, American Mutual Cl A Fund | A | Dividend | K | T | | | | | |
| 88. -American Funds Capital World Bond CL A Fund | A | Dividend | K | T | | | | | |
| 89. -American Funds, Capital World -Growth and income Cl A Fund | A | Dividend | K | T | | | | | |
| 90. -American Funds, Fundamental Investors Cl A Fund | A | Dividend | K | T | | | | | |
| 91. -American Funds, Growth Fund of America Cl A Fund | A | Dividend | K | T | | | | | |
| 92. -American Funds, New Perspective Cl A Fund | A | Dividend | K | T | | | | | |
| 93. -American Funds, New World Cl A Fund | A | Dividend | K | T | | | | | |
| 94. -AES Corp | A | Dividend | J | T | | | | | |
| 95. -Apollo Investment Corp | A | Dividend | J | T | | | | | |
| 96. -Cisco Systems, Inc. | A | Dividend | J | T | | | | | |
| 97. -Corning, Inc. | A | Dividend | J | T | | | | | |
| 98. -Corrections Corp America New | A | Dividend | | | Sold | 04/25/12 | J | A | |
| 99. -Exxon See Part VIII Note 1 | A | Dividend | K | T | | | | | |
| 100. -Gladstone Capital Corp | A | Dividend | | | Sold | 07/11/12 | J | | |
| 101. -IBM | A | Dividend | K | T | | | | | |
| 102. -Microsoft | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Nabors Industries Ltd | A | Dividend | J | T | | | | | |
| 104.  -Proctor & Gamble | A | Dividend | J | T | | | | | |
| 105.  -Qiagen NV Regular Shares | A | Dividend | J | T | | | | | |
| 106.  -Smithfield Foods | A | Dividend | J | T | | | | | |
| 107.  -Teva Pharmaceutical | A | Dividend | J | T | | | | | |
| 108.  -Triangle Capital Corp. | A | Dividend | J | T | | | | | |
| 109.  -Walgreen Company | A | Dividend | J | T | | | | | |
| 110.  -Scott and Stringfellow Interest Bearing Account(X) | A | Interest | J | T | | | | | |
| 111.  IRA 3 | | | | | | | | | |
| 112.  -Vanguard Explorer Fund | A | Dividend | K | T | | | | | |
| 113.  MassMutual Panorama Premier Variable Annuity(X) | D | Interest | M | T | | | | | |
| 114.  457 Plan(X) | | | | | | | | | |
| 115.  -Lincoln Stable Value Mutual Fund(X) | A | Dividend | J | T | | | | | |
| 116.  -Dryfus Bond Market Index Basic(X) | A | Dividend | J | T | | | | | |
| 117.  -Pimco Total Return Admin(X) | B | Dividend | K | T | | | | | |
| 118.  -AllianzGI NFJ Dividend Value Fund A(X) | B | Dividend | K | T | | | | | |
| 119.  -Am FDS Europacific GR R4(X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Mainstay Large Cap Growth Fund Class R1(X) | B | Dividend | K | T | | | | | |
| 121. -Artisan Mid Cap Value(X) | A | Dividend | K | T | | | | | |
| 122. -Davis NY Venture A(X) | A | Dividend | J | T | | | | | |
| 123. -Lord Abbott Small Cap Value A(X) | A | Dividend | J | T | | | | | |
| 124. -Morgan Stanly Inst Mid Cap Growth(X) | A | Dividend | J | T | | | | | |
| 125. -Prudential Jennison Small Company Fund A(X) | A | Dividend | K | T | | | | | |
| 126. -Vanguard Mid Cap Index Signal Shares(X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 07/23/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The Exxon stock was inadvertently omitted from the 2011 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John A. Gibney**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544